PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Williams, Eugene                                      Cr.: 04-00466-001
                                                                        PACTS #: 39067

Name of Sentencing Judicial Officer: Jose L. Linares

Date of Original Sentence: 01/12/06

Original Offense: Conspiracy to Distribute A Controlled Dangerous Substance, Crack Cocaine

Original Sentence: 24 months imprisonment; 3 years supervised release; $100 special assessment.

Type of Supervision: Supervised Release                  Date Supervision Commenced: 11/21/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    On October 22, 2009, the offender submitted a urine specimen which yielded positive results for marijuana use.

U.S. Probation Officer Action: This officer met with the offender to discuss the positive drug test. This officer recommends presentation of this document as a formal judicial reprimand. The probation office will continue to closely monitor his progress and report any further noncompliance.

Respectfully submitted,

By: Jamel H. Dorsey
U.S. Probation Officer
Date: 10/26/09

No Response is necessary unless the court directs that additional action be taken as follows:

[ ] Submit a Request for Modifying the Conditions or Term of Supervision  *Additional*
[ ] Submit a Request for Warrant or Summons     *NO ACTION AT THIS TIME*
[ ] Other

Signature of Judicial Officer

11/2/09
Date