PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Williams, Eugene                                  Cr.: 04-00466-001
                                                                    PACTS #: 39067

Name of Sentencing Judicial Officer: Jose L. Linares

Date of Original Sentence: 01/12/06

Original Offense: Conspiracy to Distribute A Controlled Dangerous Substance, Crack Cocaine

Original Sentence: 24 months imprisonment; 3 years supervised release; $100 special assessment.

Type of Supervision: Supervised Release                 Date Supervision Commenced: 11/21/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On April 12, 2009, the offender submitted a urine specimen which yielded positive results for marijuana use. |

U.S. Probation Officer Action: The probation office will continue to collect random urine specimens, in addition to referring the offender to Code-A-Phone program (a random drug testing program) and Narcotics Anonymous (NA) meetings.

Respectfully submitted,

By: Jamel H. Dorsey
U.S. Probation Officer
Date: 04/28/10

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

5/5/10
Date