PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Eugene Williams  **Docket Number:** 04-00466-001
**PACTS Number:** 39067

**Name of Sentencing Judicial Officer:** Honorable Jose L. Linares, United States District Judge

**Date of Original Sentence:** 01/12/2006

**Original Offense:** Conspiracy to Distribute a Controlled Dangerous Substance, Crack Cocaine

**Original Sentence:** 24 months imprisonment; 36 years supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 11/21/07

**Assistant U.S. Attorney:** To Be Assigned, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** John Yauch, AFPD, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
| | The offender submitted urine samples which yielded positive results for the presence of marijuana. Specifically, on October 22, 2009, April 12, 2010, and July 16, 2010. |

PROB 12C - Page 2
Eugene Williams

2   The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

   From January 1 through July 3, 2010, the offender was primarily residing at 240 Chapman Road, Room 1222, Newark, Delaware, and failed to notify this office of any change in living arrangements until April 1, 2010.

3   The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

   On March 17, 2010, the offender failed to report to the office as instructed via written correspondence mailed out on March 10, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

By: Jamel H. Dorsey
U.S. Probation Officer
Date: 9/7/10

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 9/27/10 at 11:00 am
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

9-20-10
Date