PROB 12B
(7/93)

## United States District Court
### for
### District of New Jersey
### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Williams, Eugene                                       Cr.: 04-00466-001
                                                                          PACTS Number: 39067

Name of Sentencing Judicial Officer: Honorable Jose L. Linares, U.S.D.J.

Date of Original Sentence: 01/12/06

Violation of Probation: 09/27/2010

Original Offense: Conspiracy to Distribute A Controlled Dangerous Substance (Crack Cocaine)

Original Sentence: 24 months imprisonment; 3 years supervised release; $100 special assessment. Special conditions: 1) DNA collection.

Violation Sentence: Term under supervised release was extended for a period of twelve (12) months.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 11/21/07

### PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows.

The offender shall reside for a period of four (4) months in a community corrections center, halfway house, or similar residential facility and shall observe all the rules of that facility. The offender is eligible for weekend privileges. The offender is permitted to have a cellular phone strictly for employment purposes. The offender shall pay subsistence as required by the program.

### CAUSE

During an office visit on December 30, 2010, Williams submitted a urine sample which yielded positive results for marijuana.

Respectfully submitted,
By: Jamel Dorsey, USPO
Date: 04/18/11

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

4-19-11
Date