# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
DEPUTY CHIEF PROBATION OFFICER

August 9, 2011

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Jose L. Linares
United States District Judge
Martin Luther King Jr., Federal Bldg, & U.S. Court House
P.O. Box 999
Newark, New Jersey 07102

RE: Williams, Eugene
Dkt. No. 04-CR-466-001
**Request to Waive Subsistence**

Dear Judge Linares:

On January 12, 2006, Your Honor sentenced the offender to twenty-four (24) months of imprisonment followed by three (3) years of supervised release after pleading guilty to conspiracy to distribute a controlled dangerous substance, crack cocaine. On September 27, 2010, the offender's term under supervision was extended for a period of twelve (12) months due to ongoing matters of non-compliance.

On April 18, 2011, additional noncompliance resulted in a Court approved modification of the conditions of supervised release to include four (4) months of community confinement. On May 24, 2011, the offender was admitted into Toler House, a Bureau of Prisons approved RRC. Since his arrival, Williams has not paid subsistence due to financial hardship. Although gainfully employed as a laborer with Clean Venture in Elizabeth, the majority of Williams income is garnished for child support. It is our request that the Court authorize that the subsistence be waived.

Below is a check list for Your Honor's consideration and response. We will make ourselves available should the Court wish to discuss this matter. You may contact the undersigned officer at 973-645-4513.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Jamel H. Dorsey
U.S. Probation Officer

---

## JUDICIAL OPINION

(1) __X__ The Court concurs with Probation's recommendation to waive Subsistence payments.

(2) ____ The Court disagrees with Probation's recommendation and directs that subsistence be paid.

(3) ____ OTHER: _____

_____    8/11/11
Honorable Jose L. Linares           Date